SNELL & WILMER
L.L.P.
LAW OFFICES
350 SOUTH GRAND AVENUE
SUITE 3100
CITY NATIONAL 2CAL
LOS ANGELES, CALIFORNIA 90071

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

FERRARI FINANCIAL SERVICES, INC.,

Plaintiff,

v.

ROMAN PETROSYAN,

Defendant.

Case No. 2:25-cv-10194-JFW-Ex

**JUDGMENT**

# JUDGMENT

The Court, having reviewed Plaintiff Ferrari Financial Services, Inc.'s ("Plaintiff") Motion for Default Judgment Against Defendant Roman Petrosyan (the "Motion"), and being otherwise fully informed in the premises, hereby finds and determines as follows:

1. Defendant is ordered to transfer possession of that certain 2021 Ferrari F8 Tributo, VIN ZFF92LLAXM0260257 (the "Vehicle") within fourteen (14) days of entry of this Judgment.

2. A writ of possession in the form attached hereto as **Exhibit A** shall be issued by the Clerk directing the United States Marshal Service to obtain possession of and return the Vehicle to Plaintiff.

3. Defendant shall pay damages to Plaintiff in an amount to be determined by the Court following entry of this Judgment.

A. In the event possession of the Vehicle is transferred to Plaintiff in accordance with this Judgment, Plaintiff is granted leave to re-apply to the Court and present evidence of the deficiency balance, if any, which remains on the Contract.

B. In the event possession of the Vehicle is not transferred to Plaintiff in accordance with this Judgment, Plaintiff is granted leave to re-apply to the Court and present evidence of the payoff amount of the Vehicle.

3. Defendant shall pay costs and attorney fees to Plaintiff in an amount to be determined by the Court following entry of this Judgment.

4. This Judgment shall accrue post-judgment interest at the rate of 4.03% per annum until the Judgment is paid in full.

SNELL & WILMER
L.L.P.
LAW OFFICES
350 SOUTH GRAND AVENUE
SUITE 3100
CITY NATIONAL 2CAL
LOS ANGELES, CALIFORNIA 90071

5. This Court shall retain jurisdiction over this action for purposes of enforcing compliance with the terms of this Judgment.

**IT IS SO ORDERED.**

Dated: July 17, 2026

United States District Court
Hon. John F. Walter

SNELL & WILMER
L.L.P.
LAW OFFICES
350 SOUTH GRAND AVENUE
SUITE 3100
CITY NATIONAL 2CAL
LOS ANGELES, CALIFORNIA 90071

SNELL & WILMER L.L.P.
LAW OFFICES
350 SOUTH GRAND AVENUE
SUITE 3100
CITY NATIONAL 2CAL
LOS ANGELES, CALIFORNIA 90071

# Exhibit A

SNELL & WILMER
L.L.P.
LAW OFFICES
350 SOUTH GRAND AVENUE
SUITE 3100
CITY NATIONAL 2CAL
LOS ANGELES, CALIFORNIA 90071

# WRIT OF POSSESSION AFTER JUDGMENT

**TO THE US MARSHALS SERVICE WITHIN THE COUNTY OF LOS ANGELES:**

Judgment for possession of personal property was entered against Defendant Roman Petrosyan ("Defendant" or "Judgment Debtor") on ____________, 2026, in Case No. 2:25-cv-10194-JFW-E, United States District Court for the Central District of California, Western Division. The case against Defendant is unlimited. No person has requested notice of sale under the judgment.

The last known residential address for the Judgment Debtor is 2823 N Brighton Street, Burbank, CA 91504. The last known work address for the Judgment Debtor is 7607 Van Nuys Blvd., Van Nuys, CA 91405.

The judgment creditor is Plaintiff Ferrari Financial Services, Inc. ("Plaintiff"). For purposes of this Writ of Possession, Plaintiff's address is Ferrari of Beverly Hills, 9372 Wilshire Blvd, Beverly Hills, CA 90212.

You are hereby directed:

1. To levy upon and return to the possession of FFS, the following property or any part of it: 2021 Ferrari F8 Tributo, VIN ZFF92LLAXM0260257 (the "Subject Vehicle").

2. To enter the following private place(s) (including any garages, outbuildings, or structures large enough to hold a vehicle) to take possession of the Subject Vehicle: 2823 N Brighton Street, Burbank, CA 91504 and 7607 Van Nuys Blvd., Van Nuys, CA 91405.

3. Upon recovery of the Subject Vehicle, to deliver it to Ferrari of Beverly Hills, 9372 Wilshire Blvd, Beverly Hills, CA 90212.

4. To return this writ and the certificate of your proceedings within thirty (30) days after levy and service, but in no event later than sixty (60) days after issuance of this writ.

Dated: ________________

______________________________
Clerk of the Court